DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN LICHTMAN,**
Appellant/Cross-Appellee,

v.

**LAURIE GINSBERG HOWELL,**
Appellee/Cross-Appellant.

No. 4D2024-3195

[January 8, 2026]

Appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 50-2023-CP-003981-XXXX-AB.

Robert J. Hauser of Sniffen & Spellman P.A., West Palm Beach, for appellant/cross-appellee.

Ellen S. Morris and Natasha Shaikh of Cozen O'Connor, Boca Raton, for appellee/cross-appellant.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***